**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:11-CR-00213 JAM** |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, November 15, 2011 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to December 6, 2011 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

The reason for this request is that the government has provided the defense with a plea agreement and additional time is needed for Ms. Radekin to travel to Oroville, California where Mr. Cavaness is in custody to go over the agreement with him. The defense also needs to conduct additional research and additional plea negotiations may ensue. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until December 6, 2011 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: November 14, 2011  BENJAMIN WAGNER
United States Attorney

By:     /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: November 14, 2011       /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of November 15, 2011 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on December 6, 2011 at 9:30 a.m. The Court finds excludable time in this matter through December 6, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  11/14/2011       /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge