1  **ERIN J. RADEKIN**
   **Attorney at Law - SBN 214964**
2  428 J Street, Suite 350
   Sacramento, California 95814
3  Telephone: (916) 446-3331
   Facsimile: (916) 447-2988
4
   Attorney for Defendant
5  ANTHONY C. CAVANESS

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9

10  UNITED STATES OF AMERICA,

11              Plaintiff,                    **2:11-CR-00213 JAM**

12  v.

13                                           **STIPULATION AND ORDER TO**
    ANTHONY C. CAVANESS,                     **CONTINUE STATUS CONFERENCE**
14
                Defendant.
15

16

17
                              **STIPULATION**
18
           Plaintiff, United States of America, by and through its counsel, Assistant United States
19
    Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J.
20
    Radekin, agree and stipulate to vacate the date set for status conference, February 7, 2012 at 9:30
21
    a.m., in the above-captioned matter, and to continue the status conference to March 6, 2012 at 1:30
22
    p.m. in the courtroom of the Honorable John A. Mendez.
23
           The reason for this request is that Ms. Radekin needs additional time to travel to Oroville,
24
    where Mr. Cavaness is housed, to go over the plea agreement provided by the government and
25
    prepare him for entry of plea. As explained in prior stipulations, Ms. Radekin has been on crutches
26
    due to her broken foot until January 31, 2012, which made driving and visitation at the jail in Oroville
27
    difficult. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin
28
    to sign this stipulation on his behalf.
           The parties further agree and stipulate that the time period from the filing of this stipulation

1 | until March 6, 2012 should be excluded in computing time for commencement of trial under the

2 | Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local

3 | Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense

4 | preparation.  It is further agreed and stipulated that the ends of justice served in granting the request

5 | outweigh the best interests of the public and the defendant in a speedy trial.

6 |          Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

7 | IT IS SO STIPULATED

8 | Dated: February 6, 2012                              BENJAMIN WAGNER
                                                                    United States Attorney

9 |                                                               By:_____/s/ Jason Hitt_____

10 |                                                              JASON HITT
                                                                    Assistant United States Attorney

11 |

12 | Dated: February 6, 2012                              _____/s/ Erin J. Radekin_____
                                                                    ERIN J. RADEKIN

13 |                                                              Attorney for Defendant
                                                                    ANTHONY C. CAVANESS

14 |

15 |                                        **ORDER**

16 |          For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

17 | conference date of February 7, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set

18 | for status conference on March 6, 2012 at 1:30 p.m.  The Court finds excludable time in this matter

19 | through March 6, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity

20 | of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons

21 | stipulated by the parties, the Court finds that the interest of justice served by granting the request

22 | outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

23 | 3161(h)(7)(A), (h)(7)(B)(iv).

24 | IT IS SO ORDERED.

25 | Dated:  2/6/2012                                      /s/ John A. Mendez_____
                                                                    HON. JOHN A. MENDEZ

26 |                                                              United States District Judge

27 |

28 |