**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:11-CR-00213 JAM** |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 3, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 24, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

As mentioned in the last stipulation to continue, there are some recordings on a CD that were provided in discovery; however, Ms. Radekin has been unable to listen to them because she can not open them on her computer. Ms. Radekin has not yet received a new copy of this discovery. She has spoken with Mr. Hitt about this and he has agreed to provide it on or about April 2, 2012. Ms. Radekin has met with Mr. Cavaness and reviewed the plea agreement with him, and the plea agreement is acceptable to the defense. The defense requests additional time, however, to review the outstanding items of discovery. The Court is advised that Mr. Hitt concurs with this request and has

authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until April 24, 2012 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 2, 2012                                BENJAMIN WAGNER
                                                    United States Attorney

                                               By:      /s/ Jason Hitt
                                                    JASON HITT
                                                    Assistant United States Attorney

Dated: April 2, 2012                                    /s/ Erin J. Radekin
                                                    ERIN J. RADEKIN
                                                    Attorney for Defendant
                                                    ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of April 3, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 24, 2012 at 9:30 a.m. The Court finds excludable time in this matter through April 24, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 4/2/2012                                     /s/ John A. Mendez
                                                    HON. JOHN A. MENDEZ
                                                    United States District Court Judge