1 **ERIN J. RADEKIN**
**Attorney at Law -** SBN 214964
2 428 J Street, Suite 350
Sacramento, California 95814
3 Telephone: (916) 446-3331
Facsimile: (916) 447-2988
4
Attorney for Defendant
5 ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00213 JAM |
|---|---|
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| Defendant. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 24, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 22, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

Ms. Radekin has reviewed the bulk of the recordings (the outstanding discovery); however, she needs to travel to Oroville to meet with Mr. Cavaness to allow him to review the recordings. As previously mentioned, the copy originally received by the defense will not work on Ms. Radekin's laptop. Hence, Ms. Radekin needs additional time to obtain a copy that will work on the laptop so that Mr. Caveness can review the recordings himself, and to travel to Oroville for that purpose. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1   The parties further agree and stipulate that the time period from the filing of this stipulation
2   until May 22, 2012 should be excluded in computing time for commencement of trial under the
3   Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
4   Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
5   preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
6   outweigh the best interests of the public and the defendant in a speedy trial.
7   Accordingly, the parties respectfully request the Court adopt this proposed stipulation.
8   IT IS SO STIPULATED

Dated: April 20, 2012                    BENJAMIN WAGNER
                                         United States Attorney

                                         By:    /s/ Erin J. Radekin for
                                             JASON HITT
                                             Assistant United States Attorney

Dated: April 20, 2012                       /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         ANTHONY C. CAVANESS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of April 24, 2012 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 22, 2012 at 9:30 a.m.  The Court finds excludable time in this matter through May 22, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 4/20/2012                         /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         United States District Court Judge