**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY C. CAVANESS, <br><br> Defendant. | **2:11-CR-00213 JAM** <br><br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, May 22, 2012 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to July 10, 2012 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez.

Ms. Radekin has reviewed all discovery with Mr. Cavaness, and the parties have engaged in extensive plea negotiations. The parties have not yet come to a meeting of the minds on all terms of the plea agreement, however. Ms. Radekin seeks additional time to conduct investigation that may be useful in plea negotiations and/or at sentencing. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until July 10, 2012 should be excluded in computing time for commencement of trial under the

Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: May 17, 2012               BENJAMIN WAGNER
                                  United States Attorney

                                  By:     /s/ Jason Hitt
                                     JASON HITT
                                     Assistant United States Attorney

Dated: May 17, 2012                      /s/ Erin J. Radekin
                                     ERIN J. RADEKIN
                                     Attorney for Defendant
                                     ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of May 22, at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on July 10, 2012 at 9:30 a.m. The Court finds excludable time in this matter through July 10, 2, 2012 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: May 18, 2012               /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge