**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:11-CR-00213 JAM** |
| Plaintiff, | |
| v. | |
| ANTHONY C. CAVANESS, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| Defendant. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, November 6, 2012 at 9:45 a.m., and to continue judgment and sentencing to January 8, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Proposed pre-sentence report | November 27, 2012 |
| Informal objections to the pre-sentence report | December 11, 2012 |
| Final pre-sentence report | December 18, 2012 |
| Motion for correction of the pre-sentence report | December 26, 2012 |
| Government's reply, or statement of non-opposition | January 2, 2013 |

The reason for this request is that Ms. Radekin needs additional time to complete investigation into Mr. Cavaness' personal history and circumstances for use in mitigation at sentencing, and to provide such information to United States Probation Officer Lisa Hage, who is preparing the pre-sentence report in this matter. The court is advised that Ms. Radekin has discussed this matter with Mr. Hitt and Ms. Hage, and they have no objection to this request or the dates proposed above. The court is further advised that Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 15, 2012    BENJAMIN WAGNER
United States Attorney

By: /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: October 15, 2012    /s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, November 6, 2012 at 9:45 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on January 8, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed pre-sentence report | November 27, 2012 |
| Informal objections to the pre-sentence report | December 11, 2012 |
| Final pre-sentence report | December 18, 2012 |
| Motion for correction of the pre-sentence report | December 26, 2012 |
| Government's reply, or statement of non-opposition | January 2, 2013 |

IT IS SO ORDERED.

Dated: 10/16/2012    /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge