ERIN J. RADEKIN
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
ANTHONY C. CAVANESS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY C. CAVANESS,<br><br>Defendant. | 2:11-CR-00213 JAM<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE OF DISCLOSURE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Anthony C. Cavaness, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgment and sentencing in the above-captioned matter, February 26, 2013 at 9:45 a.m., and to continue judgment and sentencing to April 9, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

In addition, the parties stipulate to the following modification to the schedule of disclosure:

| | |
|---|---|
| Proposed pre-sentence report | February 26, 2013 |
| Informal objections to the pre-sentence report | March 12, 2013 |
| Final pre-sentence report | March 19, 2013 |
| Motion for correction of the pre-sentence report | March 26, 2013 |
| Government's reply, or statement of non-opposition | April 2, 2013 |

The reason for this request is that Ms. Radekin needs additional time to complete her

investigation into mitigating circumstances for use at sentencing. Ms. Radekin has communicated via email with investigator, M.E. Greenwood, and psychologist, Rahn Minagawa, both of whom have been appointed to prepare reports for use in support of mitigation at sentencing. They project that their reports will be complete around February 4, 2013. This should afford adequate time for United States Probation Officer Lisa Hage to review the reports and prepare the pre-sentence report by the above date. The court is advised that Ms. Radekin has discussed this matter with Mr. Hitt and Ms. Hage and they have no objection to this request or the dates proposed above. The court is further advised that Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 25, 2013                                BENJAMIN WAGNER
                                                       United States Attorney

                                                By:    /s/ Jason Hitt
                                                       JASON HITT
                                                       Assistant United States Attorney

Dated: January 25, 2013                                /s/ Erin J. Radekin
                                                       ERIN J. RADEKIN
                                                       Attorney for Defendant
                                                       ANTHONY C. CAVANESS

## **ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the date set for judgment and sentencing, February 26, 2013 at 9:45 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on April 9, 2013 at 9:45 a.m. in the courtroom of the Honorable John A. Mendez.

IT IS FURTHER ORDERED that the schedule of disclosure be modified as follows:

| | |
|---|---|
| Proposed pre-sentence report | February 26, 2013 |
| Informal objections to the pre-sentence report | March 12, 2013 |
| Final pre-sentence report | March 19, 2013 |
| Motion for correction of the pre-sentence report | March 26, 2013 |
| Government's reply, or statement of non-opposition | April 2, 2013 |

1 IT IS SO ORDERED.

2 Dated: 1/28/2013                                  /s/ John A. Mendez
                                                   HON. JOHN A. MENDEZ
3                                                  United States District Court Judge